Finding no reversible error the judgment of the trial court is affirmed.

Opinion approved by the Court.

On Appellant's Motion for Rehearing

DICE, Commissioner.

In his motion for rehearing, appellant re-urges his contention that the court erred in permitting the state to introduce in evidence the watch taken from the prosecutrix' companion over his objection that it was proof of a collateral crime. Under the evidence, the taking of the watch was shown to be a part of the res gestae of the transaction in which the prosecutrix was raped and was therefore admissible in evidence under the authorities cited in our opinion. An examination of the record further reflects that, before the watch was admitted in evidence, the prosecutrix had testified, without objection, that, on the night in question, the appellant and his companion had robbed her companion of his money and his watch at the point of a gun. We fail to perceive any error by the admission of the watch in evidence.

We have again examined the record in the light of the other points of error urged by the appellant and remain convinced that no error is shown and that the evidence is sufficient to support the conviction.

Appellant's motion for rehearing is overruled.

Opinion approved by the Court.

Dennis Ransom GIBSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28376.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the driving of a motor vehicle while intoxicated upon a public highway, with punishment assessed at a fine of $200 and confinement in jail for three days.

The record before us contains no statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.